# United States District Court
## Northern District of New York

## JUDGMENT IN A CIVIL CASE

**JESSICA MARTIEN**

             **V.**             **CASE NUMBER: 1:04-CV-679(FJS/RFT)**

**CITY OF SCHENECTADY and
M.L. LAFOND, individually and as
Agent, Servant, and/or Employee
of the City of Schenectady**

| | |
|---|---|
| [ ] | **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict. |
| [XX] | **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered. |

IT IS ORDERED AND ADJUDGED, that judgment be entered in favor of DEFENDANTS against PLAINTIFF granting Defendants' summary judgment motion with respect to all of Plaintiff's federal constitutional claims and dismissing without prejudice Plaintiff's state law claims pursuant to 28 U.S.C. §1367, as set forth in the Memorandum-Decision and Order of the Hon. Frederick J. Scullin, Jr., dated June 2, 2006.

DATED:    June 2, 2006

*[signature]*
Clerk of Court

LKB:lmp